Mary Lunkes, Defendant in Error, v. Alex. Gluljich, Plaintiff in Error.

Gen. No. 17,850. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. FREDERICK L. FAKE, Jr., Judge, presiding. Heard in the Branch Appellate Court at the October term, 1911. Affirmed. Opinion filed October 9, 1913.

### Statement of the Case.

Action by Mary Lunkes against Alex. Gluljich in forcible detainer to recover possession of certain premises. From a judgment in favor of plaintiff, defendant brings error.

JOSEPH GRANICK, for plaintiff in error.

CHARLES WERNO, for defendant in error.

MR. JUSTICE GRIDLEY delivered the opinion of the court.

### Abstract of the Decision.

1. MUNICIPAL COURT OF CHICAGO, § 13*—*when statement of claim may be amended.* Plaintiff may amend statement of claim after the close of his case.

2. MUNICIPAL COURT OF CHICAGO, § 33*—*when claim in forcible detainer may include claim for rent.* In forcible detainer proceeding in the Municipal Court, statement of claim may include claim for rent.

3. MUNICIPAL COURT OF CHICAGO, § 33*—*effect of tender of rent in forcible detainer proceeding.* In a forcible detainer proceeding in the Municipal Court, plaintiff's right to possession having become fixed before tender of rent made by defendant in open court, *held* not affected by the tender and refusal thereof.

4. APPEAL AND ERROR, § 666*—*sufficiency of abstract.* An abstract of record, which is merely an index of the transcript of the record, does not comply with Appellate Court rules and is sufficient reason for affirming the judgment.

5. FORCIBLE ENTRY AND DETAINER, § 8*—*when evidence presumed sufficient.* Judgment in favor of plaintiff in forcible entry and detainer proceeding will be assumed to be warranted by the evidence when record does not disclose the kind of notice served on defendant.